IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JARAD CHASTAIN and JACLYN CHASTAIN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TRICAM INDUSTRIES, INC. and ) <br> HOME DEPOT U.S.A., Inc., ) <br> ) <br> Defendants. ) | Civil No. 3:12-0798 <br> Judge Trauger |

### **O R D E R**

It is hereby **ORDERED** that the plaintiffs shall file a reply to the defendants' response to Jaclyn Chastain's Motion For Voluntary Dismissal (Docket No. 15) by October 19, 2012.

It is so **ORDERED**.

ENTER this 9th day of October 2012.

_____
ALETA A. TRAUGER
U.S. District Judge